I Remoi Campbell hereby issues this report as your private investigator in the behind the scene of the Florida Department of Corrections. I once told you that the staff members are acting out my life. I also told you that they are time traveling on me. By the way, today is yesterday as I have to date these for when mailing the next business day. Anyways, here is your prime example: Today I sold my breakfast tray for some stamps. It was pancakes with syrup and oatmeal and everybody gets the same breakfast trays on Sunday, Monday, Wednesday and Saturday. But I am on a special diet known as alto where I'll get cheese and peanut butter instead of meat. So Tuesday, Thursday and Friday I'll get cheese. And for lunch it's usually just extra beans as I only get peanut butter 3xs a week. Twice on Tuesday for lunch and dinner and Thursday for dinner. Anyways, to time travel on me today Monday, they did not send my alto tray and the shift that has been refusing to feed me in the past gave me me a regular tray today to claim it as my breakfast and that my pancake sale didn't occur in more of a rational context because it was a big lunch tray with lots of mash potato and vegetables and meat. Furthermore, it should be viewed as two trays in one. So basically, they are paying for the right to abuse me and to steal my info. So what happened after that was the lieutenant that's scheduled from 7am till 4pm came in the dorm at about 4:20pm when the trays was near on the way and found somebody to spray in a different time zone and then when night shift was feeding at about 5:30pm they took my chocolate cake or brownie off my tray and my only interpretation is they switched the time back 2 morning as if to say the brownie are the pancakes that I sold. So basically when something happens they can say it didn't happen by purchasing your rights with extra food. And because they are abusive they will give you one extra food tray and claim reason not to feed you and aguments will just lead to more controvesies that only they can resolve. So what's the point? Well I can write about it, maybe somebody will pay attention because this is America and who knows what can be done with information. Infact, I have nothing else to do but to jott down my observations. Because when I called Audio and Video into play to speak otherwise, guess who hears? They themselves because when I say "audio video they are refusing me my meals" they still refuse to feed me. So now I am peforming for a different audience even though they are spying on us seeking something to steal. Who can spell vocabulary?

Page 1

8-27-23

AUG 28 2023 AM 11:57
RCVD - USDC - FLMD - FTM

**maegbote.** See BOTE (3).

**Mae West letter.** (2014) *Criminal law. Slang.* A written communication from a prosecutor to a suspect about discussing a matter without giving a firm promise of immunity. • The term comes from Mae West, who famously delivered the suggestive but promise-free invitation, "Come up and see me sometime."

**Mafia** (mah-fee-ə *or* maf-ee-ə). [fr. the secret society in Sicily known for exacting blackmail and protection money, as well as carrying out vengeance against anyone who injures its members; old Sicilian adj. *mafiusu*, rooted in Arabic *mayhas* "aggressive boasting or braggadocio"] (1866) **1.** A secret organization of criminals active esp. in Italy and the United States. **2.** Any group involved in organized crime. See ORGANIZED CRIME.

**magister** (mə-jis-tər), *n.* [fr. Latin *magis* "more"] (15c) *Roman law.* **1.** A master; a superior, esp. by office or position. **2.** A teacher; esp., one who has obtained eminence in a particular field of learning.

▸ **magister ad facultates** (mə-jis-tər ad fak-əl-**tay**-teez), *n.* [Latin "master for permissions"] (17c) *Eccles. law.* **1.** An officer who grants dispensations, as to marry or to eat meat on prohibited days. **2.** MASTER OF THE FACULTIES.

▸ **magister bonorum vendendorum** (mə-jis-tər bə-**nor**-əm ven-den-**dor**-əm). [Law Latin "master for sale of goods"] *Roman law.* A master appointed by the creditors of an insolvent debtor to direct the sale of the debtor's entire estate at auction.

▸ **magister cancellariae** (mə-jis-tər kan-sə-**lair**-ee-ee), *n.* [Law Latin "master in chancery"] (17c) *Hist.* A master in chancery — so called because the officer was a priest.

▸ **magister libellorum** (mə-jis-tər lɪ-bə-**lor**-əm). [Latin "master of written petitions"] (1844) *Roman law.* The chief of the imperial chancery bureau that handled petitions to the emperor.

▸ **magister litis** (mə-jis-tər **lɪ**-tis), *n.* [Latin "master of a lawsuit"] *Roman law.* Someone who directs or controls a lawsuit.

▸ **magister navis** (mə-jis-tər **nay**-vis). [Latin "master of a ship"] (17c) *Roman law.* The master of a trading vessel. • The master's trading debts, including the ship's maintenance expenses, gave rise to an *actio exercitoria*. See *actio exercitoria* under ACTIO.

▸ **magister palatii** (mə-jis-tər pə-**lay**-shee-ɪ), *n.* [Latin "master of the palace"] (16c) *Civil law.* A master of the palace, similar to the English Lord Chamberlain.

▸ **magister societatis** (mə-jis-tər sə-sɪ-ə-**tay**-tis). [Latin "master of partnership"] (17c) *Roman law.* A person appointed to administer a partnership's business; a managing partner or an employee.

**magisterial** (maj-ə-**steer**-ee-əl), *adj.* (17c) Of, relating to, or involving the character, office, powers, or duties of a magistrate. — Also termed *magistral; magistratic.*

**magisterial district.** See *magisterial precinct* under PRECINCT.

**magisterial precinct.** See PRECINCT.

**magistracy** (maj-ə-strə-see). (16c) **1.** The office, district, or power of a magistrate. **2.** A body of magistrates.

**magistral,** *adj.* (16c) **1.** Of, relating to, or involving a master or masters <an absolutely magistral work>. **2.** Formulated by a physician <a magistral ointment>. **3.** MAGISTERIAL.

**magistralia brevia** (maj-ə-**stray**-lee-ə **bree**-vee-ə), *n.* [Law Latin "magisterial writs"] (1814) *Hist.* Magisterial writs, which were drafted by clerks of the chancery for use in special matters.

**magistrate** (**maj**-ə-strayt), *n.* (14c) **1.** The highest-ranking official in a government, such as the king in a monarchy, the president in a republic, or the governor in a state. — Also termed *chief magistrate; first magistrate.* **2.** A local official who possesses whatever power is specified in the appointment or statutory grant of authority. **3.** A judicial officer with strictly limited jurisdiction and authority, often on the local level and often restricted to criminal cases. Cf. JUSTICE OF THE PEACE. **4.** See *judicial officer* (3) under OFFICER. — **magisterial** (maj-ə-**stir**-ee-əl), *adj.*

▸ **chamber magistrate.** (1965) *Australian law.* **1.** An assistant judge who rules on mostly minor matters not in open court but instead in chambers. **2.** A person, usu. a lawyer, who advises members of the public on legal matters, esp. procedural matters relating to a local court.

▸ **committing magistrate.** (18c) A judicial officer who conducts preliminary criminal hearings and may order that a defendant be released for lack of evidence, sent to jail to await trial, or released on bail. See *examining court* under COURT.

▸ **district-court magistrate.** (1932) In some states, a quasi-judicial officer given the power to set bail, accept bond, accept guilty pleas, impose sentences for traffic violations and similar offenses, and conduct informal hearings on civil infractions.

▸ **federal magistrate.** See UNITED STATES MAGISTRATE JUDGE.

▸ **investigating magistrate.** (1908) A quasi-judicial officer responsible for examining and sometimes ruling on certain aspects of a criminal proceeding before it comes before a judge.

"The institution of the *investigating magistrate* is another measure for preserving the integrity of the law at the level of enforcement. In this case the measure is directed not toward curing the evils of a lax or sporadic enforcement, but toward the evils of an opposite nature, those resulting from an excess of zeal on the part of the prosecutor. Under the system in question, before a criminal charge may be brought before the regular courts it must be investigated by a special official and, in effect, certified as deserving trial in court. The investigating magistrate is thus a kind of quasi-judge standing halfway between the prosecutor and the regular court. The danger of the institution lies precisely in this twilight zone of function which it occupies. The certification of a case for trial inevitably tends to confirm the criminal charge against the suspect, thus creating what may amount in practice to a strong presumption of guilt. The element of prejudgment involved constitutes a threat to the integrity of the trial in open court; the accused has, in effect, had a kind of half-trial in advance of the real trial, and this half-trial is conducted, not *before* but *by* a kind of half-judge who acts essentially as an inquisitorial court. In those countries where it is a part of the legal system, the role of the investigating magistrate continues to be a subject of some debate, and even where it is generally accepted, there is always some lingering concern lest it become the subject of inconspicuous abuse." Lon L. Fuller, *Anatomy of the Law* 38–39 (1968).

▸ **metropolitan stipendiary magistrate** (stɪ-pen-dee-er-ee). (1952) *English law.* A stipendiary magistrate

Also, they are playing with my mail and legal supplies. Like mail is generally past out after dinner at night time but mines was handed to me until monday morning by staff who is almost never in possession of the mails. Well not as far as the camara could tell. But what happened there was an abuse caught on camara because I used U.S. mail instead of legal mail. So the camara sought of told a story or revealed how when I am writing the ladies in the law library who takes very good care of me, some evil principality finds a way to trick the camara and gain possession of my mail. Whenever I put mail in the door to send out they have their choice personnel to pick them up. And whenever I don't have mail going out then someone else will work. So they are spying as I am writing to decide if their mail pick uper should be called in to come pick them up. All because they want to make false allegations against me and build a case to spray me. It's just the facts of the matter. I be so chilled though and I am now wondering why because I do have the potential to rock out and they know that so that's why they are trying to push the limit. All because they wants some action. Well it's a big business and they need the money from a good performance so to speak. But they so abusive, like I don't even have shoes right now because when you fight them they kind of treat me like an enemy and never give me my property back or shoes. Only at FSP though so I realize they just want to see me on my face in stress and depression. So why should I rock out when I know I am going to lose my few reading materials that helps me to do my time. No, that's not an option. So they starve me because they wants to get me angry but I've calmed down a lot over the last few years. I think I am wiser now because what is wise about getting into fights with some heavy duty hands punching me like a punching bag? Well, it was mental health but I have to listen to my brain and my body. At one point I thought I had to fight to get out of prison so it was literary legal work to me. I thought like 3 battery charges might send me back to the county jail for another trial and would implicate the original charge. I really thought fighting was the solution to my case but being still incarcerated I only go when I have to go. Anyways, FSP cooking something with me but I am still concetrating.

Page 2  8-22-2023

Also I have been denied proper usage of the law library to properly conduct my research and studies. The Secret Service of D.O.C. has observed how I have used the documents of reliability to my servitude by properly profering them to the court to update my system and that makes them angry. Because I had the documents and said with my voice that this is cash, I am very rich not worried that I live on audio and video so they heard that and have given orders to deprive me of case laws. It's true they are my case laws and speaks directly about my situation if I able to properly interpret them. Some super duper investers has alot to say about me and I applaud them. But I am being denied access to my own personal resources by state actors that call themselves the Government. I am dancing in the American system like Quid Pro Quo. How many Americans speaks latin today. So I am a force to reckon with and maybe it's just my luck that I was hit by a reckless driver who ran the red light and T-boned me in Broward County. Total lossed my car. Denied P.I.P benefits by my insurance company and sent to prison for J-walking. So what do I do? I file lawsuits to find me some justice in the justice system and hopefully I am inching closer to finding some. Otherwise, I will find some. Maybe that rhetorical but I am opening doors to make my entrance to where something must happen and I am hoping for the best. Otherwise, I might have to meet the worse and I am not complaining at all. It's just that I've been rich and I've been poor. Rich is better. I am built to face hardship but if I do it will be kind of sad because that's not where my interest is. But at the same time my interest sort of lingers around there because it may inevitable be the new happy. I can express myself I don't need these thoughts anyways because I am wealthy in that department so this is basically mentally preparation for emotional security. So writing means I am winning. It's just like when someone needs someone to talk to. This also is writing in confidence and I feel I can because I feel enlightened and that I will give a good representation of myself any day called upon. I do have a right to be inspired because America inspires lives and I have the time to focus on my career and get it together. Maybe they'll soon start sending case laws because there should be any objection to that, except FSP is acting like Guantanomobay. "What a story!"